UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYCAMORE IP HOLDINGS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T CORP. ET AL.,<br><br>    Defendants. | No. 2:16-cv-588-WCB<br><br>LEAD CASE |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that Plaintiff Sycamore IP Holdings LLC ("Sycamore") appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on April 19, 2018, pursuant to Federal Rule of Civil Procedure 54(b). *See* D.I. 571. Defendant appeals from any and all intervening orders, decisions or rulings that gave rise to such final judgment, including without limitation:

1) The District Court's February 16, 2018 Memorandum Opinion and Order denying Sycamore's Motion for Partial Summary Judgment of Infringement and granting Defendants' Motion for Summary Judgment of Non-infringement, including the District Court's construction of the term "encoded information stream" in that opinion and order. D.I. 551.

2) The District Court's April 6, 2018 Memorandum and Order denying Sycamore's Motion for a Declaration that Sycamore May Amend Its Infringement Contentions and Sycamore's Opposed Motion for Leave to Serve a Supplemental Expert Report Relating to Sycamore's Amended Infringement Contentions. D.I. 569.

3) Any and all other adverse findings, holdings, rulings, determinations, conclusions, orders, claim constructions, opinions, or decisions, whether oral or written, relating to the above, including but not limited to the following: the District Court's October 10, 2017 Memorandum Opinion and Order granting AT&T's Motion to Strike Sycamore's Doctrine of Equivalents Theories. D.I. 209.

Dated: May 18, 2018

Eric P. Berger
Michael S. DeVincenzo
Mark S. Raskin
Robert A. Whitman
MISHCON DE REYA NEW YORK LLP
156 Fifth Avenue, Suite 904
New York, New York 10010
t: (212) 612-3270
f: (212) 612-3297
eric.berger@mishcon.com
michael.devincenzo@mishcon.com
mark.raskin@mishcon.com
robert.whitman@mishcon.com

Otis Carroll (Texas Bar No. 03895700)
Deborah Race (Texas Bar No. 16448700)
IRELAND CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas 75703
t: (903) 561-1600
f: (903) 581-1071
nancy@icklaw.com
drace@icklaw.com

Respectfully submitted,

*/s/ John M. Hughes*
Glen E. Summers
Karma M. Giulianelli
Sean C. Grimsley
John M. Hughes
Abigail M. Hinchcliff
BARTLIT BECK HERMAN PALENCHAR
  & SCOTT LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
t: (303) 592-3100
f: (303) 592-3140
glen.summers@bartlit-beck.com
karma.giulianelli@bartlit-beck.com
sean.grimsley@bartlit-beck.com
john.hughes@bartlit-beck.com
abigail.hinchcliff@bartlit-beck.com

Taylor A.R. Meehan
Madeline W. Lansky
BARTLIT BECK HERMAN PALENCHAR
  & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
t: (312) 494-4400
f: (312) 494-4440
taylor.meehan@bartlit-beck.com
madeline.lansky@bartlit-beck.com

*Counsel for Plaintiff
Sycamore IP Holdings LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system.

May 18, 2018                                    */s/ John M. Hughes*
                                                John M. Hughes